UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. **26-2684**



United States v. Secretary of State for the Commonwealth of Pennsylvania
(W.D. Pa. No. 2:25-cv-01481)


**ORDER**


The District Court granted Pennsylvania Alliance for Retired Americans, Mike Crossey, National Association for the Advancement of Colored People, NAACP Pennsylvania State Conference, Stacey Taylor, Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, and Common Cause leave to intervene as defendants. These intervenors are directed to advise this Court within fourteen (14) days of the date of this order if they will participate in the appeal in support of the Secretary of State for the Commonwealth of Pennsylvania. If they wish to participate in the appeal and file a separate brief, the brief will be due on the same day as the Secretary of State. The Intervenor Defendants and the Secretary of State are encouraged to consult with one another regarding the contents of their briefs as the Court disfavors repetitive briefs. The Intervenor Defendants may join in or adopt portions by reference. See Fed. R. App. P. 28(i). Failure to respond to this order will be deemed a notice of non-participation and the Intervenor Defendants will not be permitted to file a brief.

It is noted that the District Court denied America First Policy Institute – Pennsylvania (AFPI) leave to intervene as a plaintiff. If AFPI wishes to participate in this appeal, it must file a motion to intervene, not a notice of participation. That motion and any response will then be submitted to the Court for consideration.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: July 7, 2026
Lmr/cc: All Counsel of Record