

1617 John F. Kennedy Blvd., Suite 1650
Philadelphia, PA 19103

**www.pubintlaw.org**

July 9, 2026

Patricia S. Dodszuweit
Clerk, U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

*Submitted via CM/ECF*

> **Re:** **No. 26-2684,** ***United States v. Secretary of State for the Commonwealth of Pennsylvania***

Dear Ms. Dodszuweit:

I write on behalf Intervenor-Defendants-Appellees Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, the League of Women Voters of Pennsylvania, and Common Cause (collectively, the "Maston Intervenors"). In response to the Court's Order of July 7, 2026 (ECF No. 4), the Maston Intervenors respectfully inform the Court that they intend to participate in this appeal and are aligned with Defendant-Appellee the Secretary of State for the Commonwealth of Pennsylvania.

Respectfully submitted,

*/s/ Benjamin D. Geffen*
Benjamin D. Geffen

*Counsel for Maston Intervenors*