No. 26-2684

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

AL SCHMIDT, in his official capacity as Secretary of State for the Commonwealth of Pennsylvania,

*Defendant-Appellee*,

MIKE CROSSEY and the PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, *et al.*,

*Intervenors-Appellees*.

On Appeal from the United States District Court for the Western District of Pennsylvania
No. 2:25-cv-01481-CB
Hon. Cathy Bissoon

---

**INTERVENORS-APPELLEES MIKE CROSSEY AND THE
PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS' NOTICE OF
INTENT TO PARTICIPATE IN APPEAL**

---

**DILWORTH PAXSON LLP**
Timothy J. Ford
1650 Market St, Ste. 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

**ELIAS LAW GROUP LLP**
Uzoma N. Nkwonta
  *Counsel of Record*
Jacob D. Shelly
Branden D. Lewiston
Tori A. Shaw
250 Massachusetts Ave NW, Ste. 400
Washington, DC 20001
Tel.: (202) 948-1135

*Attorneys for Intervenors-Appellees*

Intervenors-Appellees Mike Crossey and the Pennsylvania Alliance for Retired Americans hereby give notice of their intent to participate in this appeal in support of the Defendant-Appellee.

Dated: July 10, 2026

Timothy J. Ford
**DILWORTH PAXSON LLP**
1650 Market St, Ste. 1200
Philadelphia, PA 19103
tford@dilworthlaw.com

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta
Jacob D. Shelly
Branden D. Lewiston
Tori A. Shaw
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Ste. 400
Washington, D.C. 20001
Tel.: (202) 948-1135

*Attorneys for Intervenors-Appellees*

## COMBINED CERTIFICATIONS

At least one of the attorneys whose name appears on this notice is a member of the bar of this Court.

This notice complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced 14-point serif font (Times New Roman) using Microsoft Word.

Pursuant to 3d Cir. L.A.R. 31.1(c), Sophos Core Agent version 2026.2.0.42.0 has been run on this electronic file and no virus was detected.

Dated: July 10, 2026                                      */s/ Uzoma N. Nkwonta*
                                                                    Uzoma N. Nkwonta

## CERTIFICATE OF SERVICE

I hereby certify that, on July 10, 2026, this notice was electronically filed with the Clerk of Court using the appellate CM/ECF system.

Dated: July 10, 2026

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta