

O'Melveny & Myers LLP
1625 Eye St. NW
Washington, DC 20006

T: +1 202 383 5300
F: +1 202 383 5414
omm.com

July 21, 2026

Patricia S. Dodszuweit
Clerk, U.S. Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**Re:**   **No. 26-2684,** ***United States v. Secretary of State for the Commonwealth of Pennsylvania***

Dear Ms. Dodszuweit:

I write on behalf Intervenor-Defendants-Appellees National Association for the Advancement of Colored People, NAACP Pennsylvania State Conference, and Stacey Taylor (collectively, the "NAACP Intervenors"). In response to the Court's Order of July 7, 2026 (ECF No. 4), the NAACP Intervenors respectfully inform the Court that they intend to participate in this appeal and are aligned with Defendant-Appellee the Secretary of State for the Commonwealth of Pennsylvania.

Respectfully submitted,

/s/ Noah B. Bokat-Lindell
Noah B. Bokat-Lindell

*Counsel for NAACP Intervenors*