# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:

United States v. Commonwealth of Pennsylvania
_____

APPEAL FROM DISTRICT COURT:

District: Western District of Pennsylvania
D.C. Docket No.: 2:25-cv-1481
Date proceedings initiated in D.C.: September 25, 2025
Date Notice of Appeal filed: July 6, 2026
USCA No.: 26-2684

## COUNSEL ON APPEAL

**Appellant(s)**: United States
Name of Counsel: Andrew Braniff
Name of Party(ies): United States
Address: 950 Pennsylvania Ave., NW    Washington, DC 20579
Telephone No.: 202-532-3803
Fax No.:
E-mail: andrew.braniff@usdoj.gov

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Aimee D. Thomson, Michael Fischer, Kathleen A. Mullin, Meghan A. Flowers
Name of Party(ies): Al Schmidt, in his official capacity as secretary of state
Address: 30 N. 3rd St. Suite 200
Telephone No.: 223-234-4986
Fax No.:
E-mail: Aimeethomson@pa.Gov

Name of Counsel: Uzoma N. Nkwonta, Jacob D. Shelly, Branden D. Lewiston, Tori Shaw, Timothy J. Ford
Name of Party(ies): Pennsylvania Alliance for Retired Americans
Address: 250 Massachusetts Ave. NW, Suite 400    Washington, DC 20001
Telephone No.: 202-968-4490
Fax No.:
E-mail: unkwonta@elias.law                (Additional Appellees listed on final page)

Is this a Cross-Appeal?                Yes ☐        No ☑
Appeals Docket No.:_____

Was there a previous appeal in case?        Yes ☐        No ☑
If yes, Short Title:_____
Appeals Docket No.:_____
Citation, if reported:_____

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal?    Yes ☐    No ☑

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?

Yes ☐    No ☑

If you answered yes to either "a" or "b" please provide:

Case Name:_____

D.C. Docket No.:_____

Court or Agency:_____

Docket Number:_____

Citation, if reported:_____

---

## NATURE OF SUIT
### (Check as many as apply)

**1. FEDERAL STATUTES**
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☑ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☐ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

**2. TORTS**
☐ ADMIRALTY

☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

**3. CONTRACTS**
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

**4. PRISONER PETITIONS**
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

**5. OTHER**
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 21 day of July_____, 20 26____ .

Signature of Counsel: /s/ Andrew Braniff_____

**Name of Counsel:**  Ari J. Savitzky, Theresa Lee, Sophia Lin Lakin, Witold J. Walczak, Kate I. Steiker-Ginzberg, Mary M. McKenzie, Benjamin Geffen, Olivia Mania

**Name of Party(ies):**  Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, The League Of Women Voters Of Pennsylvania, And Common Cause

**Address:** 125 Broad Street, 18th Floor        New York, NY 10004

**Telephone No.:** 212-549-2500

**Fax No.:**

**E-mail:**  asavitzky@aclu.org