No. 26-2684

**UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

UNITED STATES OF AMERICA,
*Plaintiff-Appellant,*

v.

AL SCHMIDT, in his official capacity as
Secretary of the Commonwealth of Pennsylvania,
*Defendant-Appellee.*

U.S. District Court W.D. Pa. No. 2:25-cv-1481

**DEFENDANT-APPELLEE SECRETARY SCHMIDT'S UNOPPOSED MOTION FOR 29-DAY EXTENSION OF TIME TO FILE APPELLEE BRIEF**

Pursuant to Third Circuit Local Rule 31.4, Defendant-Appellee Secretary of the Commonwealth Al Schmidt respectfully seeks a 29-day extension of time to file his Appellee Brief in this appeal, and in support thereof state as follows:

1. This action involves a 2025 demand by the U.S. Department of Justice (DOJ) to Defendant-Appellee Secretary of the Commonwealth Al Schmidt for a complete, unredacted copy of Pennsylvania's voter registration list.

2. DOJ has sent similar demands to most other states.

3. In response to DOJ's demand, Secretary Schmidt offered to provide Pennsylvania's public voter file, which includes many data fields. But Secretary Schmidt refused to provide voters' driver's license numbers or partial Social Security numbers ("DLNs" and "SSN4s" respectively).

4. In response, DOJ sued Secretary Schmidt under the National Voter Registration Act (NVRA), the Help America Vote Act (HAVA), and Title III of the Civil Rights Act of 1960 (Title III). DOJ asked the District Court to order Secretary Schmidt to provide Pennsylvania's voter registration list with voters' DLNs and SSN4s.

5. The District Court permitted three groups of individuals and organizations to intervene as defendants.

6. DOJ also sued 29 other states (including New Jersey and Delaware) and the District of Columbia seeking to compel production of their complete and unredacted voter registration lists. *See United States v. Lieutenant Governor and Secretary of State of New Jersey* (3d Cir. No. 26-3085) (appellee brief due Nov. 27, 2026); *United States v. Albence*, No. 1:25-cv-01453 (D. Del) (pending decision on DOJ's motion for production of records and defendant and intervenor-defendants' motions to dismiss).

7. On June 27, 2026, the District Court granted the motions to dismiss filed by Secretary Schmidt and the three Intervenor-Defendants. The District Court dismissed DOJ's NVRA and HAVA claims on the merits and dismissed DOJ's Title III claim for lack of subject matter jurisdiction. The District Court further held that even if it had subject matter jurisdiction, Pennsylvania's voter registration list is not a "record" for purposes of Title III and DOJ has not provided a sufficient statement of the basis and the purpose of its demand, as required by that law.

8. To date, 26 district courts and one appellate court have rejected DOJ's efforts to obtain a state's complete and unredacted voter registration list under Title III, the NVRA, and HAVA. DOJ has appealed most of those decisions.

9. On July 29, 2026, the Clerk of Court entered a Briefing and Scheduling Order directing DOJ to file its opening brief and joint appendix on September 8, 2026, with Secretary Schmidt to file his answering brief 30 days later and DOJ to file its reply brief 21 days thereafter. Doc. 29-1.

10. On September 8, 2026, DOJ filed its opening brief and joint appendix in this appeal. Docs. 37 & 38.

11. On September 23, 2026, the Clerk verbally granted Secretary Schmidt's request for a 14-day extension of time to file his answering brief, until October 22, 2026.

12. Secretary Schmidt has not requested or received any other extensions.

13. Good cause exists for this 29-day extension (until November 20, 2026) because Secretary Schmidt and his counsel have competing obligations leading up to and immediately following the October 22, 2026, deadline. The requested extension will permit Secretary Schmidt to respond fully to the arguments in DOJ's opening brief.

14. Most critically, the 2026 general election is scheduled for shortly after the deadline, on November 3, 2026. Secretary Schmidt is Pennsylvania's Chief Election Official, and he and his counsel are already occupied with the significant undertaking of preparing for and administering the election. This includes responding to existing and anticipated election-related lawsuits filed against Secretary Schmidt. *E.g.*, *Brothers v. Schmidt*, No. 3:26-cv-02642 (M.D. Pa.) (response to plaintiff's motion for preliminary injunction due October 9, 2026); *Atiyeh*

*v. Schmidt*, No. 1:26-cv-2813 (M.D. Pa.) (answer currently due October 16, 2026).

15. Undersigned counsel also has a brief due in Pennsylvania Commonwealth Court on October 23, 2026.

16. DOJ will not be prejudiced by the requested extension.

17. In its opening brief, DOJ states that it requires Pennsylvania's complete and unredacted voter registration list to determine Pennsylvania's compliance with the NVRA and HAVA and because it desires to ensure that ineligible individuals do not vote in the upcoming November 3, 2026, general election. Doc. 37, at 61. Even if DOJ's stated purposes were legally permissible or necessary, under the current schedule this appeal will not be fully briefed until after the 2026 general election. As a result, even if DOJ were to prevail in this appeal, the earliest federal election that would be impacted is in 2028. Extending the briefing schedule by 29 days does not alter this timeline.

18. Additionally, in its opening brief, DOJ asks this Court to "coordinate resolution of this appeal" with resolution of DOJ's parallel lawsuit against New Jersey for its complete and unredacted voter registration list. Doc. 37, at 4; *see United States v. Lieutenant Governor*

*and Secretary of State of New Jersey* (3d Cir. No. 26-3085). In that case, the Court recently granted a motion by Appellee Lieutenant Governor and Secretary of State of New Jersey for a 30-day extension of time to file its answering brief, until November 27, 2026. Granting Secretary Schmidt's requested extension will still result in this appeal being fully briefed before the appeal at No. 26-3085.

19. Counsel for DOJ conveyed its position as follows: The United States does not object to the Secretary's motion. Under the Secretary's proposed schedule, his brief would be due shortly before Thanksgiving. If the Court grants the Secretary's motion, the United States requests that the Court grant the United States a 7-day extension of the deadline for its reply brief, to account for the holiday.

20. Secretary Schmidt consents to DOJ's requested 7-day extension of the deadline for its reply brief.

21. The three Intervenor-Appellees do not object to Secretary Schmidt's requested extension. If the Court grants this motion, pursuant to this Court's July 7, 2026, Order, Intervenor-Appellees' answering briefs will be due on the same day as Secretary Schmidt's answering brief. *See* Doc. 4 ("If [the intervenors] wish to participate in the appeal

and file a separate brief, the brief will be due on the same day as the Secretary of State.”).

WHEREFORE, for the reasons set forth above, Secretary Schmidt respectfully requests that the Court grant this motion and extend his deadline for filing an answering brief by 29 days, until November 20, 2026.

October 9, 2026

Respectfully submitted,

CAROLYN A. DeLAURENTIS
Chief Counsel
KATHLEEN A. MULLEN
Executive Deputy Chief Counsel
Pennsylvania Department of State
306 North Office Bldg.
401 North Street
Harrisburg, PA 17120-0500

JENNIFER SELBER
General Counsel
MICHAEL J. FISCHER
Executive Deputy General Counsel

*/s/ Aimee D. Thomson*
AIMEE D. THOMSON
Deputy General Counsel
Office of General Counsel
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(223) 234-4986
aimeethomson@pa.gov

*Counsel for Secretary Al Schmidt*

## CERTIFICATE OF SERVICE

I, Aimee D. Thomson, hereby certify that a copy of this motion has been served on all counsel of record using the Court's CM/ECF system.

October 9, 2026

/s/ *Aimee D. Thomson*
AIMEE D. THOMSON
Deputy General Counsel