**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

**No.** 26-2684

United States vs. Secretary of State for the Commonwealth of Pennsylvania

# ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

National Association for the Advancement of Colored People, NAACP Pennsylvania State Conference, Stacey Taylor

Indicate the party's role IN THIS COURT (check **only** one):

- ☐ Petitioner(s)
- ☐ Appellant(s)
- ☐ Intervenor(s)
- ☐ Respondent(s)
- ☑ Appellee(s)
- ☐ Amicus Curiae

(Type or Print) Counsel's Name Catherine Meza

☐ Mr. ☑ Ms. ☐ Mrs. ☐ Miss ☐ Mx.

Firm Lawyers' Committee for Civil Rights Under Law

Address 1500 K Street NW, Suite 900

City, State, Zip Code Washington, DC 20005

Phone 202-662-8323 Fax 202-783-0857

**Primary E-Mail Address (required)** cmeza@lawyerscommittee.org
**Additional E-Mail Address (1)** ____
**Additional E-Mail Address (2)** ____
**Additional E-Mail Address (3)** ____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Catherine Meza

---

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.