No. 26-2684

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

UNITED STATES OF AMERICA,

*Plaintiff-Appellant*,

v.

AL SCHMIDT, in his official capacity as Secretary of State for the Commonwealth of Pennsylvania,

*Defendant-Appellee*,

PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS and MIKE CROSSEY,

*Intervenor-Appellees*,

NICHOLAS MASTON, GREGORY PERRY, TODD THATCHER, JOEL DICKSON, TRISHA KENT, LIOR STERNFELD, JOHN THOMPSON, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, and COMMON CAUSE,

*Intervenor-Appellees*,

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, and STACEY TAYLOR,

*Intervenor-Appellees*.

On Appeal from the United States District Court
for the Western District of Pennsylvania
No. 2:25-cv-01481-CB
Hon. Cathy Bissoon

**INTERVENOR-APPELLEES' UNCONTESTED JOINT MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Pursuant to Third Circuit Local Rule 31.4 and this Court's October 20, 2026 Text Order, Intervenor-Appellees the Pennsylvania Alliance for Retired Americans and Mike Crossey ("Alliance Intervenors"); Nicholas Maston, Gregory Perry, Todd Thatcher, Joel Dickson, Trisha Kent, Lior Sternfeld, John Thompson, League of Women Voters of Pennsylvania, and Common Cause ("Maston Intervenors"); and the National Association for the Advancement of Colored People, the National Association for the Advancement of Colored People's Pennsylvania State Conference, and Stacey Taylor ("NAACP Intervenors") respectfully seek a 29-day extension of time to file their Answering Brief in this appeal, and in support thereof state as follows:

1. On July 7, 2026, the Clerk of Court entered an Order stating that for any intervenor who "wish[ed] to participate in the appeal and file a separate brief, the brief will be due on the same day as the Secretary of State." Doc. 4. This Order likewise encouraged Intervenor-Appellees to consult with Secretary Schmidt regarding the contents of their answering briefs, "as the Court disfavors repetitive briefs." *Id.*

2. Following this Order, Maston Intervenors, Alliance Intervenors, and NAACP Intervenors filed notices of intent to participate in this appeal. Docs. 14, 17, 24.

3. On July 29, the Clerk of Court entered a Briefing and Scheduling Order directing the U.S. Department of Justice ("DOJ") to file its opening brief and joint appendix on September 8, 2026, with Secretary Schmidt to file his answering brief 30 days later, and DOJ to file its reply brief 21 days thereafter. Doc. 29-1.

4. On September 8, DOJ filed its opening brief and joint appendix. Docs. 37–38.

5. On September 23, the Clerk of Court verbally granted both Secretary Schmidt's and Intervenor-Appellees' requests for a 14-day extension to file their answering briefs, until October 22, 2026. Docs. 51–54.

6. On October 9, Secretary Schmidt requested a 29-day extension to file his answering brief, until November 20, 2026. Doc. 55. In that motion, Secretary Schmidt referenced this Court's July 7, 2026 Order, and said that if the motion were granted, "Intervenor-Appellees answering brief w[ould] be due on the same day as Secretary Schmidt's answering brief." Doc. 55 at 6.

7. On October 13, the Clerk of Court granted Secretary Schmidt's request for a 29-day extension. The Secretary's brief is now due November 20, 2026.

8. Because the docket entry granting the Secretary's extension request did not reference the deadline for Intervenor-Appellees' answering brief, Intervenor-Appellees sought clarification from the Clerk's office by telephone. The Alliance Intervenors were told that they would need to file a motion to extend their deadline,

while the Maston Intervenors were told that no further motion would be necessary because the Secretary's extension applied to all Intervenor-Appellees.

9. On October 15, the Alliance Intervenors again sought clarification from the Clerk's office, and this time they were informed that the Secretary's extension applied to all Intervenor-Appellees, and so their answering briefs were due on November 20, 2026. The Clerk's office stated that it would issue an updated docket entry confirming that the extension applied to all Intervenor-Appellees.

10. On October 16, the Alliance Intervenors contacted the Clerk's office for a third time, noting that an updated docket entry clarifying the deadline for all Intervenor-Appellees' answering briefs had not yet been issued. The Alliance Intervenors were informed that no clarifying order would be forthcoming because the Court's July 7, 2026 Order sufficiently made clear that their answering briefs were due on the same date as Secretary Schmidt's.

11. Then, a few days later on October 20, the Clerk of Court entered a Text Order stating that, "[i]f the Intervenor Appellees wish to extend the deadline for filing their briefs past the October 22, 2026 deadline set in the September 23, 2026 text orders, they must file motions specifically requesting such with the Court."

12. Good cause exists for a 29-day extension. Intervenor-Appellees have been instructed to coordinate their arguments with Secretary Schmidt. Aligning Intervenor-Appellees' response deadline with the Secretary's, as originally

contemplated by this Court's July 7, 2026 Order, will facilitate such coordination and avoid successive and repetitive briefing.

13. DOJ did not object to the Secretary's request for a 29-day extension of his deadline to file his answering brief and does not oppose Intervenor-Appellees' motion. Secretary Schmidt consents to the motion.

14. Local Rule 31.4 requires a motion for extension of time "filed less than 3 days in advance of the due date" to "demonstrate that the good cause on which the motion is based did not exist earlier or could not with due diligence have been known or communicated to the court earlier." Here, Intervenor-Appellees were prepared to move for an extension as early as October 14, 2026, but they were informed repeatedly by the Clerk's office that such a motion was unnecessary. This motion is filed within one business day of the Text Order entered the evening of October 20, requiring Intervenor-Appellees to seek an extension by motion.

WHEREFORE, for the reasons set forth above, Intervenor-Appellees respectfully request that the Court grant this motion and extend their deadline for filing an answering brief by 29 days, until November 20, 2026.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Uzoma N. Nkwonta*

Uzoma N. Nkwonta (DC 975323)
Jacob D. Shelly (DC 90010127)
Branden D. Lewiston (DC 252550)
Tori A. Shaw (DC 90036555)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave NW, Ste. 400
Washington, DC 20001
Tel.: (202) 948-1135

Timothy J. Ford (PA 325290)
**DILWORTH PAXSON LLP**
1650 Market St, Ste. 1200
Philadelphia, PA 19103
Tel.: (215) 575-7017

*Attorneys for Alliance Intervenors*

*/s/ Ari J. Savitzky*

Ari J. Savitzky (NY 5060181)
Theresa J. Lee (NY 5022769)
Sophia Lin Lakin (NY 5182076)
**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
asavitzky@aclu.org
tlee@aclu.org
slakin@aclu.org

Mary M. McKenzie (PA 47434)
Benjamin Geffen (PA 310134)
Olivia Mania (PA 336161)
**PUBLIC INTEREST LAW CENTER**
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
(267) 546-1313
mmckenzie@pubintlaw.org
bgeffen@pubintlaw.org
omania@pubintlaw.org

Witold J. Walczak (PA 62976)
Kate I. Steiker-Ginzberg (PA 332236)
**AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA**
P.O. Box 60173
Philadelphia, PA 19102
(215) 592-1513
vwalczak@aclupa.org
ksteiker-ginzberg@aclupa.org

*Attorneys for Maston Intervenors*

Robert Weiner (DC 298133)
Gillian Cassell-Stiga (DC 90032319)
Grace Thomas (DC 90018667)
**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**
1500 K Street NW, Suite 900
Washington, DC 20005
Tel.: (202) 662-8600
rweiner@lawyerscommittee.org
gcassell-stiga@lawyerscommittee.org

*/s/ Noah Bokat-Lindell*
Noah Bokat-Lindell (DC 156032)
**O'MELVENY & MYERS LLP**
1625 Eye Street NW, 10th Floor
Washington, DC 20006
Tel: (202) 383-5300
nbokat-lindell@omm.com

*Attorneys for NAACP Intervenors*

## COMBINED CERTIFICATIONS

At least one of the attorneys whose name appears on this notice is a member of the bar of this Court.

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced 14-point serif font (Times New Roman) using Microsoft Word.

Pursuant to 3d Cir. L.A.R. 31.1(c), Sophos Core Agent version 2026.2.0.42.0 has been run on this electronic file and no virus was detected.

I hereby certify that on October 21, 2026, I electronically filed this motion using the appellate CM/ECF system for the United States Court of Appeals for the Third Circuit, that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: October 21, 2026

*/s/ Uzoma N. Nkwonta*
Uzoma N. Nkwonta