IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 26-2684

UNITED STATES OF AMERICA,
Plaintiff-Appellant

v.

SECRETARY OF STATE FOR THE COMMONWEALTH OF PENNSLVANIA,
Defendant-Appellee

PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, NICHOLAS MASTON, GREGORY PERRY, TODD THATCHER, JOEL DICKSON, TRISHA KENT, LIOR STERNFELD, JOHN THOMPSON, LEAGUE OF WOMEN VOTERS OF PENNSYLVANIA, COMMON CAUSE, MIKE CROSSEY,
Intervenors-Defendants-Appellees

NATIONAL ASS'N FOR THE ADVANCEMENT OF COLORED PEOPLE, PENNSYLVANIA STATE CONFERENCE OF THE NAACP, STACEY TAYLOR,
Intervenors-Appellees

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES' MOTION FOR WITHDRAWAL OF COUNSEL

The United States respectfully moves, pursuant to Federal Rule of Appellate Procedure 27, to withdraw Joshua R. Zuckerman as counsel of record for the United States in the above-captioned case.

The United States will continue to be represented by Andrew G. Braniff and David N. Goldman.

Respectfully submitted,

JESUS A. OSETE
Acting Assistant Attorney General

s/ Andrew G. Braniff
ANDREW G. BRANIFF
DAVID N. GOLDMAN
Attorneys
Department of Justice
Civil Rights Division
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(202) 251-0053

Date: November 10, 2026

## CERTIFICATE OF COMPLIANCE

I certify that the attached motion:

(1) complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because the motion, excluding the parts exempted by Federal Rule of Appellate Procedure 32(f), contains 46 words; and

(2) complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it has been prepared using Microsoft Word for Microsoft 365 in 14-point Century Schoolbook font; and

(3) complies with the requirement of Local Rule 31.1(c) that the document has been scanned with the most recent version of CrowdStrike (Version 8.10.21408.0) and is virus-free according to that program.

s/ Andrew G. Braniff
ANDREW G. BRANIFF
Attorney

Date: November 10, 2026

## CERTIFICATE OF SERVICE

I certify that on November 10, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

I further certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Andrew G. Braniff
ANDREW G. BRANIFF
Attorney