UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** 26-2684

United States vs. Secretary Commonwealth of Pennsylvania

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

Electronic Privacy Information Center

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s) ☐ Appellant(s) ☐ Intervenor(s)

☐ Respondent(s) ☐ Appellee(s) ☑ Amicus Curiae

(Type or Print) Counsel's Name Christopher T. Casamassima

☑ Mr. ☐ Ms. ☐ Mrs. ☐ Miss ☐ Mx.

Firm Wilmer Cutler Pickering Hale and Dorr LLP

Address 350 South Grand Avenue, Suite 2400

City, State, Zip Code Los Angeles, CA 90071

Phone (213) 443-5300 Fax (213) 443-5400

**Primary E-Mail Address (required)** chris.casamassima@wilmerhale.com
**Additional E-Mail Address (1)** __________
**Additional E-Mail Address (2)** __________
**Additional E-Mail Address (3)** __________

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Christopher T. Casamassima

---

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.